THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* McKINLEY L. TREADWAY, Defendant-Appellant.

(No. 71-175;

Third District—August 29, 1972.

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Robert E. Richardson, State's Attorney, of Ottawa, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GLEN WALDEN, Defendant-Appellant.

(No. 11672;

Fourth District—August 30, 1972.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellant.

No appearance for the People.